FILED: January 17, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1790 (L)
(2:07-cv-02025-MBS)

_____

WOODDALE, a South Carolina Partnership; WOODLAND PLANTATION LLC; A. VICTOR RAWL; RENEE RAWL DUFFY; MARSHALL BRIAN RAWL; MICHAEL BRUCE RAWL; DANA ANTHONY RAWL, M.D.; MARY G. RAWL

       Plaintiffs - Appellants

v.

CITY OF CHARLESTON; COASTAL CONSERVATION LEAGUE

       Defendants - Appellees

and

ANNE FRANCIS BLEEKER, in her official capacity; CHRIS MORGAN, in his official capacity; JOHNS ISLAND GROWTH MANAGEMENT COMMITTEE

       Defendants

_____

O R D E R
_____

Upon consideration of the submissions relative to the motion to hold this case in abeyance pending final decision by the Charleston City Council on the

Planned Unit Development, the court grants the motion. Status reports shall be filed by the parties on 4/30/13 and every 30 days thereafter.

        For the Court

        /s/ Patricia S. Connor, Clerk