**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 5, 2013

_____

STATUS REPORT REQUEST
_____

No. 11-1790 (L), <u>Wooddale v. City of Charleston</u>
2:07-cv-02025-MBS

**STATUS REPORT DUE:  06/07/2013**

STATUS REPORTS DUE EVERY 30 DAYS.

A status report was filed by the Coastal Conversation League on 4/30/13.  **The remaining parties are to file status reports** addressing the status of the proceedings for which this case is being held in abeyance and the expected length of time before this case can proceed by the due date shown above. Reports must be made in writing to the Office of the Clerk. The parties shall immediately notify the court when the case can proceed.

Sue Ellen Nagle, Deputy Clerk
804-916-2702